A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Kevin T. Hamburg

62478/

Plaintiff                                            Inmate Number

VERSUS

William Rosso

Trish Foster

Darrel Vannoy

Jeff Landry

(Enter above the full name of each
defendant in this action.)
Individually and in their official capacities

Electronic Filing Pilot Program
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.  ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )  No (X)

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   _____
   
   Defendant(s): _____
   _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____
   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )        No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II.    Place of present confinement: _Louisiana State Pen._

A.  Is there a prisoner grievance procedure in this institution?
   Yes (X) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X) No ( )

C.  If your answer is Yes:

1.  Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _LSP-2025-0615 & LSP-2025-0666_

2.  What steps did you take? _I filed a A.R.P (Administrative Remedy procedure. Twice and a Emergency A.R.P but No responce on last_

3.  What was the result? _It was Rejected cause it addressed multiple complaints I've resubmitted yet the issues are so dire Im scared to wait cause prison officials and inmates are harrsing me every day._

D.  If your answer is No, explain why not: _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s) _Kevin T. Hamburg_
   Address _17544 Tunica Trace Angola, La. 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant <u>William Rosso</u> is employed as <u>Warden over the transitional unit</u> at <u>Louisiana State Pen.</u>

C. Additional Defendants: <u>Trish Foster is the Head Wardens Designee at Louisiana State Pen. She handles the A.R.P., Darrel Vannoy, The Head Warden at Louisiana State Pen, Jeff Landry is the Director/Commissioner of the State of Louisiana Department of Corrections.</u>

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not given any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

① On March 8th, 2025, Plaintiff Kevin T. Hamburg, here in mentioned as The Plaintiff, filed an A.R.P., wich is the prisons grievance procedure.

② The contense of said A.R.P. were exposed, upon infor-mation and belicfe, by the Head wardens office.

③ The Plaintiff has been constantly getting harrased by both other inmates and staff members.

④ The Plaintiff has found hair in his food on multible ocassiones and when he complained he was told by staff to "Take your Lick Raf or Dick sucker."

⑤ On one ocassion he complained to a guard and she said all she could do was tell them to give me a nother tray. It to had hair on it.

⑥ The Plaintiff told Warden Rosso, He just smiled and said "Dick sucker!"

⑦ On April 2, 2025, Between 1:30-3:00 Pm one of the guys who raped me with with the A.R.P. wich started the harrasment, was him self harresed and they took all his property and put him on house Arrest. I found out after I came back from a Mental Health group session

⑧ On the same day (April 2, 2025) Between 4:30-5:00 Pm, The guard who was working the tier went infront of the plaintiffs cell and said "you not gone get no help from your boy now. you gone drop the A.R.P?" I said no and he walked away laughing. That is when I found out that the harrassment was for a A.R.P. I did.

⑨ On April 11, 2025 The plaintiff noticed some legal papers missing. Wether they were taken from The plaintiffs cell while he was on call out or why he was asleep he dose not know.

⑩ The plaintiff has also been finding debree in his tap water coming from his sink sence The filing of above mentioned A.R.P.

⑪ On April 5, 2025, The plaintiff filed an A.R.P. to address the harrasment he was recieving but it was denided cause of the mention of multible complaints, Yet the harasment diden't stop it infact got more sireous with both staff and inmates walking past the plaintiff's cell calling him fagit, dick suck, Rat and other inapropriate names.

⑫ The plaintiff resummitted the A.R.P. Yet felt that he was in danger of further excalation of harrasment. The plaintiff truly fears for his life and sanity if he dose not get help as soon as possible

⑬ At all times relevant to this case, Plaintiff Kevin T. Ham Burg was in a cell on T.U. Lower F/12 at Louisiana State Pen.

⑭ Resummited A.R.P. #LSP-2025-0666, was denide again on 4/16/2025. It said cause of multiple complaints, but the only complaint was the harassment of the plaintiff.

⑬ Plaintiff filed a Emergency A.R.P. But offender is to affaid to wait on responce.

⑯ The PLRA says that If im in "Imminet danger" I don't have to wait on the motion to proceed In FORMA PauPERIS. The actions listed above sherly meet those quite right.

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite

no cases or statutes. Attach no exhibits① A preliminary and permanent injuction ordering

the prison to stop the haresment of Kevin T. Hamburg and to send him some were safe② $70,000

in compensatory damages against each defendant, jointly and severally.③ Nominal and punitive
damages in the amount of $45,000 against each defendant, jointly and severally. ④ I also seek
jury trial on all issues triable by jury. ⑤ Plaintiff also seeks recovery of Costs of this suit and any
additional relief this court deams just, proper, and equitable.

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __12__ day of __May__, 20__25__.

_Kevin T. Hamburg_
_H. T. Ham_
Signature of plaintiff(s)