UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN T. HAMBURG (#624781)

VERSUS

WILLIAM ROSSO, ET AL.

CIVIL ACTION

25-420-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated December 10, 2025, to which a *Motion for Reconsideration*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to Plaintiff Kevin T. Hamburg's failure to exhaust administrative remedies before filing suit in this Court, as required by 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction is **DENIED**.

Signed in Baton Rouge, Louisiana, on this 2 day of February, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 10.